IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

A.C. STEELMAN, et al.,

        Plaintiff,

    v.

DRONKANOKI, INC., et al.,

        Defendant.

**\*E-FILED - 6/15/06\***

CASE NO.: C-06-00825-RMW

**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL**

On May 24, 2006, plaintiffs filed a request for dismissal of entire action. The court grants plaintiffs' request and dismisses this case.

**IT IS SO ORDERED.**

DATED: June 15, 2006

_____
RONALD M. WHYTE
United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28